```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
ROHAN MARSHALL,                                                    :
                                                                   :
                        Plaintiff,                                 :
                                                                   :           21-cv-6613 (LJL)
        -v-                                                        :
                                                                   :              ORDER
NEW YORK STATE WORKER'S COMPENSATION                               :
BOARD,                                                             :
                                                                   :
                        Defendant.                                 :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2021

LEWIS J. LIMAN, United States District Judge:

      Defendant has moved to dismiss the complaint.  Dkt. No. 17.  On September 30, 2021 the Court granted an extension of time until December 9, 2021 for the *pro se* Plaintiff to file a response to the motion to dismiss, in order to give him the opportunity to obtain counsel.  Dkt. No. 22.  Plaintiff has not yet responded to the pending motion to dismiss.

      It is hereby ORDERED that by January 14, 2022, Plaintiff shall indicate whether he still wishes to proceed with this case.  If he does wish to proceed, Plaintiff shall file an opposition to the motion to dismiss by that date.  Failure to respond to this Order will result in the Court considering without opposition whether the case should be dismissed for failure to state a claim or for failure to prosecute this action.

      The Clerk of Court is respectfully directed to mail Plaintiff a copy of this Order at his recorded address.

      SO ORDERED.

Dated: December 16, 2021
      New York, New York

                                                LEWIS J. LIMAN
                                                United States District Judge