```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
ROHAN MARSHALL,                                              :
                                                             :
                            Plaintiff,                       :
                                                             :         21-cv-6613 (LJL)
              -v-                                            :
                                                             :         ORDER
NEW YORK STATE WORKER'S COMPENSATION                         :
BOARD,                                                       :
                                                             :
                            Defendant.                       :
                                                             :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __1/7/2022__

LEWIS J. LIMAN, United States District Judge:

    The Court is in receipt of a letter from Plaintiff, dated January 6, 2022, stating that he is not presently in a position to pursue the matter further and requesting that the case be dismissed without prejudice. *See* Dkt. No. 24.

    It is hereby ORDERED that the case is dismissed without prejudice. The pending motion to dismiss at Dkt. No. 17 is DENIED as moot.

    The Clerk of Court is respectfully directed to close Dkt. No. 17 and to close the case.

    SO ORDERED.

Dated: January 7, 2022
       New York, New York

                                                LEWIS J. LIMAN
                                          United States District Judge